Order Filed on
October 21, 2014
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(C)

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 080746B

In Re:

Chris Romeleotes a/k/a Christopher Romeleotes

Case No.: 10-23616-GMB

Hearing Date: 10/21/2014

Judge: Gloria M. Burns

Chapter 13

Recommended Local Form: ✓ Followed ___ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 21, 2014**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Case No.: 10-23616-GMB

Caption of Order: ORDER VACATING STAY

Upon the motion of Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by Sun Home Loans Inc., A New Jersey Corporation, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

✓ Real Property more fully described as:
4163 West Jersey Avenue, Township of Hamilton, NJ 08330-3826

It is further ORDERED that the Movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.