**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

For the period of 01/01/2014 to 12/31/2014

**Case Number: 10-23616 (GMB)**

Monthly Payment: $507.00
Payments / Month: 1
Current Trustee Comp.: 6.30%

Chris Romeleotes
4163 West Jersey Avenue
Mays Landing, NJ 08330

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2014 | $507.00 | 02/04/2014 | $507.00 | 03/10/2014 | $507.00 | 04/03/2014 | $507.00 |
| 05/05/2014 | $507.00 | 06/03/2014 | $507.00 | 07/08/2014 | $507.00 | 08/04/2014 | $507.00 |
| 09/08/2014 | $507.00 | 10/08/2014 | $507.00 | 11/12/2014 | $507.00 | 12/04/2014 | $507.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRIS ROMELEOTES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT M. ZAUBER, ESQUIRE | 13 | $274.00 | $274.00 | $0.00 | $0.00 |
| 1 | ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION | 24 | $26,980.86 | $25,985.14 | $995.72 | $5,687.04 |
| 2 | ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | SARAH & TERRANCE BURDICK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | SARAH & TERRANCE BURDICK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | Sun Home Loans Inc. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | SUN NATIONAL BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2010 | 2.00 | $0.00 |
| 08/01/2010 | Paid to Date | $1,380.00 |
| 09/01/2010 | 57.00 | $507.00 |
| 06/01/2015 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $6,084.00 |
| Total paid to creditors this period: | $5,687.04 |
| Undistributed Funds on Hand: | $475.06 |
| Arrearages: | $46.00 |
| Attorney: | SCOTT M. ZAUBER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**